# The Miami Herald

www.herald.com
www.elherald.com

**PUBLISHED DAILY
MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA
COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

**KAREL MONTES**

who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

January 28, 2003

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

*Karel Montes*

Sworn to and subscribed before me this
  28th  day of __ January, 2003

My Commission
Expires: ___August 1, 2006___
       Silvia Acosta
       *Silvia Acosta*
       Notary

SILVIA ACOSTA
MY COMMISSION # DD 138634
EXPIRES: August 1, 2006
Bonded Thru Notary Public Underwriters



**EXHIBIT B**